No. 10-1350. In re John Hobart Zentmyer, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6491.

October 3, 2011. Petition for writ of mandamus denied.

No. 10-10279. In re George May, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6434.

October 3, 2011. Petition for writ of mandamus denied.

No. 10-10902. In re Timothy Charley, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6357.

October 3, 2011. Petition for writ of mandamus denied.

No. 10-10963. In re Philip Stimac, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6582.

October 3, 2011. Petition for writ of mandamus denied.

No. 10-11218. In re Joseph Hall, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6553.

October 3, 2011. Petition for writ of mandamus denied.

No. 11-3. In re Lawrence Cowan, Jr., et ux., Petitioners.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6392.

October 3, 2011. Petition for writ of mandamus denied.

No. 11-77. In re Jerry Lee Roth, Petitioner.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6327.

October 3, 2011. Petition for writ of mandamus denied.

No. 11-5014. In re George M. Papa, et ux., Petitioners.

565 U.S. 813, 132 S. Ct. 394, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6366,

October 3, 2011. Petition for writ of mandamus denied.

No. 11-5015. In re Matthew Paul Markovich, Petitioner.

565 U.S. 813, 132 S. Ct. 395, 181 L. Ed. 2d 248, 2011 U.S. LEXIS 6551.

October 3, 2011. Petition for writ of mandamus denied.